No. 256, Misc. UNITED STATES EX REL. NICHOLS *v.* WESTERN UNION TELEGRAPH Co. Appeal from the United States District Court for the Eastern District of Virginia. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed. Appellant *pro se.* *Howard W. Smith, Jr.* for appellee.

No. 85. MARTIN BROTHERS BOX Co. *v.* INTERSTATE COMMERCE COMMISSION ET AL. The motion to set aside the order denying certiorari, 350 U. S. 823, is denied. *George L. Quinn, Jr.* and *Donald A. Schafer* for petitioner. *Robert W. Ginnane* and *Samuel R. Howell* for the Interstate Commerce Commission, and *James C. Dezendorf, James E. Lyons* and *Charles W. Burkett, Jr.* for the Southern Pacific Co., respondents.

No. 224, Misc. JOHNSON *v.* WARDEN, EASTERN STATE PENITENTIARY;

No. 230, Misc. FORESTIER *v.* UNITED STATES;

No. 233, Misc. PATTERSON *v.* TINSLEY, WARDEN; and

No. 252, Misc. HOWLERY *v.* RANDOLPH, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 238, Misc. EX PARTE MARTIN;

No. 239, Misc. SPRYE *v.* BROWNELL, ATTORNEY GENERAL, ET AL.;

No. 248, Misc. PULLIAM *v.* U. S. COURT OF APPEALS FOR THE TENTH CIRCUIT; and

No. 254, Misc. MARSHALL *v.* UNITED STATES. Motions for leave to file petitions for writs of mandamus denied.